**ALOE ENERGY CORPORATION,**
**a Pennsylvania Corporation,**
**Appellant,**

v.

**Jo Anne BARNHART \*, Commissioner**
**of Social Security.**

**No. 99–3915.**

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit LAR
34.1(a) May 26, 2000.

On Remand from the United States
Supreme Court by Order of
Feb. 25, 2002.

Filed July 12, 2002.

Before ALITO and RENDELL, Circuit Judges, and DUH1, Senior Circuit Judge.\*\*

\*\* The Honorable John M. Duh, Jr., United States Court of Appeals Judge for the *Fifth* Circuit, sitting by designation.

## OPINION OF THE COURT

RENDELL, Circuit Judge.

Our judgment order affirming the order of the District Court was vacated by the United States Supreme Court and remanded for further consideration in light of *Barnhart v. Sigmon Coal Co.*, 534 U.S. 438, 122 S.Ct. 941, 151 L.Ed.2d 908 (2002). *See Aloe Energy Corp. v. Barnhart*, ——— U.S. ———, 122 S.Ct. 1170, 152 L.Ed.2d 114 (2002). The Supreme Court's opinion in *Barnhart* rejects the basis for the District Court's ruling, and ours as well. We conclude that there is no alternative basis argued by the Commissioner, including the "alter ego" theory, on which we would affirm. Accordingly, we will reverse the District Court's order and remand to the District Court with instructions to enter judgment in favor of Aloe.